# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the Schenker, Inc. 401(k) Savings and Investment Plan <br> *Plaintiff(s)* <br> v. <br> SCHENKER, INC.; ADMINISTRATIVE COMMITTEE OF SCHENKER, INC. 401(K) SAVINGS AND INVESTMENT PLAN, BOTH INDIVIDUALLY AND AS THE DE FACTO ADMINISTRATIVE COMMITTEE MEMBERS; JOCHEN THEWES (CEO); OLIVER SEIDL (CFO), and DOES 1-50 as members of the Administrative Committee <br> *Defendant(s)* | Civil Action No. 3:22-cv-09192 - JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SCHENKER, INC
1305 Executive Blvd, Ste 200, Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TOWER LEGAL GROUP, P.C.
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: January 3, 2023

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the Schenker, Inc. 401(k) Savings and Investment Plan<br>*Plaintiff(s)*<br>v.<br>SCHENKER, INC.; ADMINISTRATIVE COMMITTEE OF SCHENKER, INC. 401(K) SAVINGS AND INVESTMENT PLAN, BOTH INDIVIDUALLY AND AS THE DE FACTO ADMINISTRATIVE COMMITTEE MEMBERS; JOCHEN THEWES (CEO); OLIVER SEIDL (CFO), and DOES 1-50 as members of the Administrative Committee<br>*Defendant(s)* | Civil Action No. 3:22-cv-09192- JSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
ADMINISTRATIVE COMMITTEE OF SCHENKER, INC. 401(K) SAVINGS AND INVESTMENT PLAN
1305 Executive Blvd, Ste 200, Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TOWER LEGAL GROUP, P.C.
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: January 3, 2023

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the Schenker, Inc. 401(k) Savings and Investment Plan <br> *Plaintiff(s)* <br> v. <br> SCHENKER, INC.; ADMINISTRATIVE COMMITTEE OF SCHENKER, INC. 401(K) SAVINGS AND INVESTMENT PLAN, BOTH INDIVIDUALLY AND AS THE DE FACTO ADMINISTRATIVE COMMITTEE MEMBERS; JOCHEN THEWES (CEO); OLIVER SEIDL (CFO), and DOES 1-50 as members of the Administrative Committee <br> *Defendant(s)* | Civil Action No. 3:22-cv-09192-JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JOCHEN THEWES (CEO)
1305 Executive Blvd, Ste 200, Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TOWER LEGAL GROUP, P.C.
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: January 3, 2023

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the Schenker, Inc. 401(k) Savings and Investment Plan <br> *Plaintiff(s)* <br> v. <br> SCHENKER, INC.; ADMINISTRATIVE COMMITTEE OF SCHENKER, INC. 401(K) SAVINGS AND INVESTMENT PLAN, BOTH INDIVIDUALLY AND AS THE DE FACTO ADMINISTRATIVE COMMITTEE MEMBERS; JOCHEN THEWES (CEO); OLIVER SEIDL (CFO), and DOES 1-50 as members of the Administrative Committee <br> *Defendant(s)* | Civil Action No. 3:22-cv-09192 - JSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
OLIVER SEIDL (CFO)
1305 Executive Blvd, Ste 200, Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TOWER LEGAL GROUP, P.C.
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: January 3, 2023

*Signature of Clerk or Deputy Clerk*