# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF GEORGIA

### CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that PAUL JOSEPH SHARMAN, Bar No. 227207

was duly admitted to practice in this Court on

August 25, 2011, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on October 11, 2022.



| David W. Bunt | s/ Gail G. Sellers |
| CLERK | DEPUTY CLERK |