1  GURINDER GREWAL, State Bar No. 277975
   Morgan, Lewis & Bockius LLP
2  One Market, Spear Street Tower
   San Francisco CA 94105-1596
3  Telephone: 415.442.1206
   Facsimile:  415.442.1001
4  Email: gurinder.grewal@morganlewis.com

5  ABBEY GLENN, State Bar No. 267751
   Morgan, Lewis & Bockius LLP
6  1111 Pennsylvania Ave. NW
   Washington, DC  20004-2541
7  Telephone: 202.739.5569
   Facsimile: 202.739.3001
8  Email: abbey.glenn@morganlewis.com

9  JEREMY BLUMENFELD, *pro hac vice forthcoming*
   ALLISON EGAN, *pro hac vice forthcoming*
10 Morgan, Lewis & Bockius LLP
   1701 Market Street
11 Philadelphia, PA 19103-2921
   Telephone: 215.963.5258
12 Facsimile: 215.963.5001
   Email: jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 3:22-cv-09192-JCS<br><br>**DEFENDANTS SCHENKER, INC., ET AL.'S NOTICE OF APPEARANCE OF GURINDER S. GREWAL** |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Gurinder S. Grewal of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendants Schenker, Inc., and the Administrative Committee of Schenker,

Inc. 401(k) Savings and Investment Plan ("Defendants") in the above-captioned action. He is a member of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address are below. Defendants request that he be added to the docket and that e-mail notifications be sent to the email address below.

>Gurinder S. Grewal, Bar No. 277975
>MORGAN, LEWIS & BOCKIUS, LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105-1596
>Tel: +1.415.442.1000
>Fax: +1.415.442.1001
>Email: gurinder.grewal@morganlewis.com

Dated: January 23, 2023                    MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Gurinder S. Grewal*
     Gurinder S. Grewal
     Attorneys for Defendants

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
GURINDER S. GREWAL
CASE NO. 3:22-CV-09192-JCS