GURINDER GREWAL, State Bar No. 277975
JEREMY BLUMENFELD, *pro hac vice forthcoming*
ABBEY GLENN, State Bar No. 267751
ALLISON EGAN, *pro hac vice forthcoming*
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile: 415.442.1001
email: gurinder.grewal@morganlewis.com
jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., ET AL.

JAMES CLARK, State Bar No. 278372
RENEE ORTEGA, State Bar No. 283441
TOWER LEGAL GROUP, P.C.
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: 916.361.6009
Facsimile: 916.361.6019
email: james.clark@towerlegalgroup.com
renee.parras@towerlegalgroup.com

Attorneys for Plaintiff
DIEGO PARTIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 4:22-cv-09192-HSG<br><br>**STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Civil Local Rule 6-1(a); Civil Rule 6-2 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Diego Partida and Defendants Schenker, Inc., and the Administrative Committee of Schenker, Inc. 401(k) Savings and Investment Plan ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

Plaintiff's Complaint was filed on December 30, 2022. Dkt. 1. Defendants were served the Complaint on January 5, 2023. Declaration of Abbey Glenn ("Glenn Decl.") ¶ 2. Pursuant to Federal Rule of Civil Procedure 12, the current deadline for Defendants to respond to the Complaint is January 26, 2023. Fed. R. Civ. P. 12.

An extension of this deadline is appropriate given the breadth and complexity of Plaintiff's allegations in this purported class action litigation. The Complaint is 116 pages long and contains 473 separately numbered paragraphs, a number of which contain subparts. *See* Dkt. 1. Plaintiff brings four separate counts of alleged violations of the Employee Retirement Income Security Act of 1974, as amended. *Id*. ¶¶ 388-458. Based on the volume of allegations and the complex nature of the claims asserted by Plaintiff, Defendants need additional time to investigate the allegations. Glenn Decl. ¶ 3. Thus, the parties have agreed to extend the deadline for Defendants to file their motion to dismiss the Complaint to March 13, 2023, subject to the Court's approval.

Pursuant to Rule 6-2(a), in light of Plaintiff's counsel's upcoming trial schedule, the parties stipulate and agree, subject to the Court's approval, to extensions of subsequent filing deadlines triggered by Defendants' motion to dismiss the Complaint. The parties stipulate and agree that Plaintiff's response to Defendants' motion to dismiss, whether an amended pleading or opposition brief, shall be due on May 1, 2023. The parties further stipulate and agree that the deadline for Defendants to file the reply in support of their motion to dismiss or their response to Plaintiff's amended pleading shall be June 1, 2023.

This is the first stipulation by the parties for an extension of time for Defendants to respond to the Complaint and related briefing schedule. Glenn Decl. ¶ 4.

This stipulation will not alter the date of any event or any deadline already fixed by Court Order. Glenn Decl. ¶ 5.

Given the early posture of this matter, extending these deadlines will not cause undue delay or prejudice to any party.

IT IS SO STIPULATED.

Dated: January 24, 2023          MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Gurinder Grewal
    GURINDER GREWAL
    JEREMY BLUMENFELD (*pro hac vice forthcoming*)
    ABBEY GLENN
    ALLISON EGAN (*pro hac vice forthcoming*)

    Attorneys for Defendants Schenker, Inc., and the Administrative Committee of Schenker, Inc. 401(k) Savings and Investment Plan

Dated: January 24, 2023          TOWER LEGAL GROUP


By  /s/ James Clark
    JAMES CLARK
    RENEE P. ORTEGA

    Attorneys for Plaintiff

## ATTESTATION CLAUSE

Pursuant to L.R. 5-1(h)(3) regarding signatures, I, Gurinder Grewal, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of January, 2023, in San Francisco.

_/s/ Gurinder Grewal_
Gurinder Grewal
