GURINDER GREWAL, State Bar No. 277975
JEREMY BLUMENFELD, *pro hac vice forthcoming*
ABBEY GLENN, State Bar No. 267751
ALLISON EGAN, *pro hac vice forthcoming*
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile:  415.442.1001
email:  gurinder.grewal@morganlewis.com
            jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., ET AL.

JAMES CLARK, State Bar No. 278372
RENEE ORTEGA, State Bar No. 283441
TOWER LEGAL GROUP, P.C.
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: 916.361.6009
Facsimile:  916.361.6019
email:  james.clark@towerlegalgroup.com
            renee.parras@towerlegalgroup.com

Attorneys for Plaintiff
DIEGO PARTIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 4:22-cv-09192-HSG<br><br>**DECLARATION OF ABBEY GLENN IN SUPPORT OF STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Civil Local Rule 6-1(a); Civil Rule 6-2 |

I, Abbey M. Glenn, declare that the factual statements set forth below are true and correct to the best of my knowledge, information, and belief.

1. I am an Associate with the law firm Morgan, Lewis & Bockius, LLP, and I am counsel of record for Defendants Schenker, Inc. and the Administrative Committee of Schenker, Inc. 401(k) Savings and Investment Plan ("Defendants"), in the above-referenced matter. In my capacity as an attorney with responsibility for the management of this litigation, I have personal knowledge of the factual information stated in this declaration.

2. Both Defendants were served the Complaint on January 5, 2023.

3. Plaintiff's Complaint is 116 pages long and contains 473 separately numbered paragraphs, a number of which include subparts. Plaintiff brings four separate counts of alleged violations of the Employee Retirement Income Security Act of 1974 ("ERISA"). Based on the volume of allegations and the complex nature of the claims asserted by Plaintiff, Defendants need additional time to investigate the allegations and determine how to respond to the Complaint.

4. There have not been any previous time modifications in the case, whether by stipulation or Court Order. The parties' Stipulated Motion to Extend Time to Respond to Complaint is the first time modification has been requested in this action.

5. This stipulation will not alter the date of any event or any deadline already fixed by Court Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 24, 2023                                  /s/ *Abbey M. Glenn*
                                                         Abbey M. Glenn

1

DECLARATION OF ABBEY GLENN IN
SUPPORT OF STIPULATED MOTION TO
EXTEND TIME TO RESPOND TO
COMPLAINT
CASE NO. 3:22-CV-09192-HSG