GURINDER GREWAL, State Bar No. 277975
JEREMY BLUMENFELD, *pro hac vice forthcoming*
ABBEY GLENN, State Bar No. 267751
ALLISON EGAN, *pro hac vice forthcoming*
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile:  415.442.1001
email:  gurinder.grewal@morganlewis.com
        jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., ET AL.

JAMES CLARK, State Bar No. 278372
RENEE ORTEGA, State Bar No. 283441
TOWER LEGAL GROUP, P.C.
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: 916.361.6009
Facsimile:  916.361.6019
email:  james.clark@towerlegalgroup.com
        renee.parras@towerlegalgroup.com

Attorneys for Plaintiff
DIEGO PARTIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 4:22-cv-09192-HSG<br><br>**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Civil Local Rule 6-1(a); Civil Rule 6-2 |

Pursuant to the parties' Stipulated Motion, the below deadlines are extended as follows:

a. Plaintiff's pleading in response to Defendants' motion to dismiss Plaintiff's Complaint shall be due on May 1, 2023; and

b. Defendants' reply or response to Plaintiff's responsive pleading shall be due on June 1, 2023.

IT IS SO ORDERED.

Date: _____                                    _____
                                                    HON. HAYWARD S. GILLIAM, JR.
                                                    United States District Court Judge