GURINDER GREWAL, State Bar No. 277975
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile: 415.442.1001
Email: gurinder.grewal@morganlewis.com

ABBEY GLENN, State Bar No. 267751
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: 202.739.5569
Facsimile: 202.739.3001
Email: abbey.glenn@morganlewis.com

JEREMY BLUMENFELD, *pro hac vice forthcoming*
ALLISON EGAN, *pro hac vice forthcoming*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5258
Facsimile: 215.963.5001
Email: jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 4:22-cv-09192-HSG<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF ABBEY M. GLENN** |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Abbey M. Glenn of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendants Schenker, Inc., and the Administrative Committee of Schenker, Inc.

401(k) Savings and Investment Plan ("Defendants") in the above-captioned action. She is a member of the State Bar of California and admitted to practice in the Northern District of California. Her address, telephone and facsimile numbers, and e-mail address are below. Defendants request that she be added to the docket and that e-mail notifications be sent to the email address below.

> Abbey M. Glenn, Bar No. 267751
> MORGAN, LEWIS & BOCKIUS, LLP
> 1111 Pennsylvania Ave. NW
> Washington, DC 20004-2541
> Tel: +1.202.739.5569
> Fax: +1.202.739.3001
> Email: abbey.glenn@morganlewis.com

Dated: January 24, 2023           MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Abbey M. Glenn
Abbey M. Glenn
Attorneys for Defendants Schenker, Inc., and the Administrative Committee of Schenker, Inc. 401(k) Savings and Investment Plan