1  GURINDER GREWAL, State Bar No. 277975
   JEREMY BLUMENFELD, *pro hac vice forthcoming*
2  ABBEY GLENN, State Bar No. 267751
   ALLISON EGAN, *pro hac vice forthcoming*
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco CA 94105-1596
   Telephone: 415.442.1206
5  Facsimile:  415.442.1001
   email:  gurinder.grewal@morganlewis.com
6          jeremy.blumenfeld@morganlewis.com

7  Attorneys for Defendants
   SCHENKER, INC., ET AL.
8
   JAMES CLARK, State Bar No. 278372
9  RENEE ORTEGA, State Bar No. 283441
   TOWER LEGAL GROUP, P.C.
10 11335 Gold Express Drive, Ste. 105
   Gold River, CA 95670
11 Telephone: 916.361.6009
   Facsimile:  916.361.6019
12 email:  james.clark@towerlegalgroup.com
          renee.parras@towerlegalgroup.com
13
   Attorneys for Plaintiff
14 DIEGO PARTIDA

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 DIEGO PARTIDA, individually and as a          Case No. 4:22-cv-09192-HSG
   representative of a Putative Class of
19 Participants and Beneficiaries, on behalf of   **ORDER EXTENDING TIME TO**
   Schenker, Inc. 401(k) Savings and Investment   **ANSWER OR OTHERWISE**
20 Plan,                                          **RESPOND TO PLAINTIFF'S**
                                                  **COMPLAINT**
21                 Plaintiff,
                                                  Civil Local Rule 6-1(a); Civil Rule 6-2
22          vs.

23 SCHENKER, INC., ET AL.,

24                 Defendants.

25

26

27

28

1   Pursuant to the parties' Stipulated Motion, the below deadlines are extended as follows:

2   a.  Plaintiff's pleading in response to Defendants' motion to dismiss Plaintiff's Complaint

3       shall be due on May 1, 2023; and

4   b.  Defendants' reply or response to Plaintiff's responsive pleading shall be due on June

5       1, 2023.

6

7   IT IS SO ORDERED.

8

9

10  Date:   1/24/2023

11  HON. HAYWOOD S. GILLIAM, JR.
    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT
CASE NO. 4:22-CV-09192-HSG