1  MORGAN, LEWIS & BOCKIUS LLP
   GURINDER S. GREWAL, State Bar No. 277975
2  JEREMY P. BLUMENFELD, *pro hac vice forthcoming*
   ABBEY M. GLENN, State Bar No. 267751
3  ALLISON S. EGAN, *pro hac vice forthcoming*
   One Market, Spear Street Tower
4  San Francisco CA 94105-1596
   Telephone: 415.442.1206
5  Facsimile:  415.442.1001
   email:  gurinder.grewal@morganlewis.com
6           *jeremy.blumenfeld@morganlewis.com*
            *abbey.glenn@morganlewis.com*
7
   Attorneys for Defendants
8  Schenker, Inc., and the Administrative Committee of
   Schenker, Inc. 401(k) Savings and Investment Plan
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan, | Case No. 4:22-cv-09192-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |
| vs. | |
| SCHENKER, INC., ET AL., | |
| Defendants. | |

Allison S. Egan, an active member in good standing of the Bar of the State of New York and duly qualified and admitted to practice before the New York Court of Appeals, whose business address and telephone number is Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103, (215) 963-5033, having applied in the above-referenced action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Schenker, Inc. and the Administrative Committee of the Schenker, Inc. 401(k) Savings and Retirement Plan,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in Civil L.R. 5-1, Electronic Case Filing.

Date:   3/1/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge