MORGAN, LEWIS & BOCKIUS LLP
GURINDER S. GREWAL, State Bar No. 277975
JEREMY P. BLUMENFELD, *pro hac vice forthcoming*
ABBEY M. GLENN, State Bar No. 267751
ALLISON S. EGAN, *admitted pro hac vice*
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile:  415.442.1001
email:  *gurinder.grewal@morganlewis.com*
         *jeremy.blumenfeld@morganlewis.com*

Attorneys for Defendants
Schenker, Inc., and the Administrative Committee of
Schenker, Inc. 401(k) Savings and Investment Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SCHENKER, INC., ET AL.,<br><br>　　　　　Defendants. | Case No. 4:22-cv-09192-HSG<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Jeremy P. Blumenfeld, an active member in good standing of the Bar of the State of New Jersey and duly qualified and admitted to practice before the Supreme Court of New Jersey, whose business address and telephone number is Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103, (215) 963-5258, having applied in the above-referenced action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Schenker, Inc. and the Administrative Committee of the Schenker, Inc. 401(k) Savings and Retirement Plan,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in Civil L.R. 5-1, Electronic Case Filing.

Date:   3/1/2023

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge