MAUREEN BECKLEY, State Bar No. 316754
GURINDER GREWAL, State Bar No. 277975
JEREMY BLUMENFELD, *pro hac vice*
ABBEY GLENN, State Bar No. 267751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile:  415.442.1001
Email: gurinder.grewal@morganlewis.com
       jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., ET AL.

JAMES CLARK, State Bar No. 278372
RENEE ORTEGA, State Bar No. 283441
TOWER LEGAL GROUP, P.C.
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: 916.361.6009
Facsimile:  916.361.6019
Email: james.clark@towerlegalgroup.com
       renee.parras@towerlegalgroup.com

PAUL SHARMAN, *pro hac vice*
THE SHARMAN LAW FIRM LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: 678.242.5297
Email: paul@sharman-law.com

Attorneys for Plaintiff
DIEGO PARTIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 3:22-cv-09192-AMO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Civil Local Rule 6-1(b); Civil Rule 6-2<br>Compl. Filed: December 30, 2022<br>Am. Compl. Filed: April 30, 2024 |

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendants Schenker, Inc., and the
2  Administrative Committee of Schenker, Inc. 401(k) Savings and Investment Plan ("Defendants")
3  and Plaintiff Diego Partida (collectively, the "Parties"), by and through their respective counsel,
4  hereby stipulate and agree as follows:

5  **WHEREAS**, Plaintiff filed his Second Amended Class Action Complaint on April 30,
6  2024 (Dkt. 51);

7  **WHEREAS**, absent an extension of time, the deadline for Defendants to respond to
8  Plaintiff's Second Amended Class Action Complaint is May 14, 2024;

9  **WHEREAS**, Defendants intend to respond to Plaintiff's Second Amended Class Action
10  Complaint by filing a motion pursuant to Federal Rule of Civil Procedure 12 ("Motion to
11  Dismiss");

12  **WHEREAS**, the Parties conferred and have determined that good cause exists for an
13  extension of time to respond to the Second Amended Class Action Complaint and the briefing
14  relating to Defendants' forthcoming Motion to Dismiss, in light of the complexity of the
15  forthcoming Motion to Dismiss;

16  **WHEREAS**, on January 24, 2023, the Parties stipulated to extend the time for Defendants
17  to respond to the original Complaint (Dkt. 14);

18  **WHEREAS**, on May 9, 2023, the Parties stipulated to extend the time for Defendants to
19  respond to the First Amended Complaint (Dkt. 36), and no other time modifications have been
20  requested in this case either by stipulation or by Court order;

21  **WHEREAS**, the requested extension will not alter the date of any event or deadline
22  already fixed by Court order and will not have any effect on the schedule for the case;

23  **THEREFORE**, the Parties hereby stipulate and request that the deadline for Defendants
24  to file their Motion to Dismiss the Second Amended Class Action Complaint be extended to June
25  12, 2024, the deadline for Plaintiff's opposition to the Motion to Dismiss the Second Amended
26  Class Action Complaint be July 24, 2024, and the deadline for Defendants' reply to the Motion to

27
28

1

STIPULATED REQUEST FOR ORDER
CHANGING TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED
COMPLAINT
CASE NO. 3:22-CV-09192-AMO

1  Dismiss the Second Amended Class Action Complaint be August 21, 2024, in accordance with
2  Local Rule 7-3.

3  **IT IS SO STIPULATED AND REQUESTED.**

5  Dated: May 9, 2024                    MORGAN, LEWIS & BOCKIUS LLP

7                                        By /s/ Gurinder Grewal
                                             MAUREEN BECKLEY
8                                            GURINDER GREWAL
                                             JEREMY BLUMENFELD (*pro hac vice*)
                                             ABBEY GLENN

10                                       Attorneys for Defendants Schenker, Inc.,
                                         and the Administrative Committee of
11                                       Schenker, Inc. 401(k) Savings and
                                         Investment Plan

12  Dated: May 9, 2024                   TOWER LEGAL GROUP

14                                       By /s/ James Clark (*with permission*)
                                             JAMES CLARK
15                                           RENEE P. ORTEGA
                                             PAUL SHARMAN (*pro hac vice*)
16
                                         Attorneys for Plaintiff

2

STIPULATED REQUEST FOR ORDER
CHANGING TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED
COMPLAINT
CASE NO. 3:22-CV-09192-AMO

**ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of May, 2024, in San Francisco.

/s/ *Gurinder Grewal*
Gurinder Grewal

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: _____, 2024**

Hon. Araceli Martinez-Olguin
United States District Judge

3

STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. 3:22-CV-09192-AMO