MAUREEN BECKLEY, State Bar No. 316754
GURINDER GREWAL, State Bar No. 277975
JEREMY BLUMENFELD, *pro hac vice*
ABBEY GLENN, State Bar No. 267751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1596
Telephone: 415.442.1206
Facsimile:  415.442.1001
Email: gurinder.grewal@morganlewis.com
        jeremy.blumenfeld@morganlewis.com

Attorneys for Defendants
SCHENKER, INC., ET AL.

JAMES CLARK, State Bar No. 278372
RENEE ORTEGA, State Bar No. 283441
TOWER LEGAL GROUP, P.C.
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: 916.361.6009
Facsimile:  916.361.6019
Email: james.clark@towerlegalgroup.com
        renee.parras@towerlegalgroup.com

PAUL SHARMAN, *pro hac vice*
THE SHARMAN LAW FIRM LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: 678.242.5297
Email: paul@sharman-law.com

Attorneys for Plaintiff
DIEGO PARTIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of Schenker, Inc. 401(k) Savings and Investment Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SCHENKER, INC., ET AL.,<br><br>Defendants. | Case No. 3:22-cv-09192-AMO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Civil Local Rule 6-1(b); Civil Rule 6-2<br>Compl. Filed: December 30, 2022<br>Am. Compl. Filed: April 30, 2024 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendants Schenker, Inc., and the Administrative Committee of Schenker, Inc. 401(k) Savings and Investment Plan ("Defendants") and Plaintiff Diego Partida (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Second Amended Class Action Complaint on April 30, 2024 (Dkt. 51);

**WHEREAS**, absent an extension of time, the deadline for Defendants to respond to Plaintiff's Second Amended Class Action Complaint is May 14, 2024;

**WHEREAS**, Defendants intend to respond to Plaintiff's Second Amended Class Action Complaint by filing a motion pursuant to Federal Rule of Civil Procedure 12 ("Motion to Dismiss");

**WHEREAS**, the Parties conferred and have determined that good cause exists for an extension of time to respond to the Second Amended Class Action Complaint and the briefing relating to Defendants' forthcoming Motion to Dismiss, in light of the complexity of the forthcoming Motion to Dismiss;

**WHEREAS**, on January 24, 2023, the Parties stipulated to extend the time for Defendants to respond to the original Complaint (Dkt. 14);

**WHEREAS**, on May 9, 2023, the Parties stipulated to extend the time for Defendants to respond to the First Amended Complaint (Dkt. 36), and no other time modifications have been requested in this case either by stipulation or by Court order;

**WHEREAS**, the requested extension will not alter the date of any event or deadline already fixed by Court order and will not have any effect on the schedule for the case;

**THEREFORE**, the Parties hereby stipulate and request that the deadline for Defendants to file their Motion to Dismiss the Second Amended Class Action Complaint be extended to June 12, 2024, the deadline for Plaintiff's opposition to the Motion to Dismiss the Second Amended Class Action Complaint be July 24, 2024, and the deadline for Defendants' reply to the Motion to

1

STIPULATED REQUEST FOR ORDER
CHANGING TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED
COMPLAINT
CASE NO. 3:22-CV-09192-AMO

1    Dismiss the Second Amended Class Action Complaint be August 21, 2024, in accordance with

2    Local Rule 7-3.

3         **IT IS SO STIPULATED AND REQUESTED.**

4

5    Dated: May 9, 2024                                    MORGAN, LEWIS & BOCKIUS LLP

6

7    By  /s/ Gurinder Grewal
     MAUREEN BECKLEY
8    GURINDER GREWAL
     JEREMY BLUMENFELD (*pro hac vice*)
9    ABBEY GLENN

10   Attorneys for Defendants Schenker, Inc.,
     and the Administrative Committee of
11   Schenker, Inc. 401(k) Savings and
     Investment Plan

12   Dated: May 9, 2024                                    TOWER LEGAL GROUP

13

14   By  /s/ James Clark (*with permission*)
     JAMES CLARK
15   RENEE P. ORTEGA
     PAUL SHARMAN (*pro hac vice*)
16
     Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER
CHANGING TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED
COMPLAINT
CASE NO. 3:22-CV-09192-AMO

1  **ATTESTATION CLAUSE**

2        Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in

3  the filing of this document has been obtained from each of the other signatories.  I declare under

4  penalty of perjury under the laws of the United States of America that the foregoing is true and

5  correct.  Executed this 9th day of May, 2024, in San Francisco.

6

7        /s/ *Gurinder Grewal*
       Gurinder Grewal

8

9

10  **[PROPOSED] ORDER**

11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14

15

16  GRANTED

17  *Araceli Mart[...]*

18  Judge Araceli Martinez-Olguín

19

20  May 10, 2024

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER
CHANGING TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED
COMPLAINT
CASE NO. 3:22-CV-09192-AMO