UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO PARTIDA,<br><br>        Plaintiff,<br><br>  v.<br><br>SCHENKER INC., et al.,<br><br>        Defendants. | Case No.22-cv-09192-AMO<br><br>**JUDGMENT** |

On March 28, 2025, the Court granted Defendants' motion to dismiss the complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 28, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California